UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Reginald Henderson
                                Plaintiff,

v.                                                              Case No.: 1:23−cv−04802
                                                               Honorable Thomas M. Durkin

Kenneth Boudreau, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 22, 2024:

       MINUTE entry before the Honorable Thomas M. Durkin: The Court has reviewed the parties' briefings on the issue of consolidation. Pursuant to Local Rule 40.4, the Court finds that Henderson v. Boudreau, et al., No. 23−CV−4802, is related to Tyler v. The City of Chicago, et al., No. 23−cv−4803, and that Tyler should be reassigned. See N.D. Ill. L.R. 40. Pursuant to Local Rule 40.4(d), a copy of this order "will be forwarded to the Executive Committee together with a request that the Committee reassign the higher−numbered case." The Court further finds that these cases share a "common question of law or fact" as required for consolidation under Federal Rule of Civil Procedure 42(a). The cases arise from the same Chicago Police investigation into the same 1994 murder. Henderson and Tyler allege that they were framed for murder as part of the same investigation and their respective complaints name overlapping defendants and overlapping causes of action. Henderson does not dispute that the matters are related under Local Rule 40, R. 55 at p. 3, and Tyler does not dispute that there will be overlapping discovery, R. 54 at p. 2. Following reassignment, the cases will therefore be consolidated for all pretrial proceedings. The Court will reserve its decision regarding consolidation for trial, and defendants may bring a request to consolidate for trial following the close of discovery. Defendants' Joint Motion for Consolidation [42] is therefore granted for all pretrial proceedings. Further, it appears from the record that some but not all defendants have answered or otherwise responded to the respective amended complaints. The parties shall file a joint status report by February 16, 2024 that includes the following: 1) a date by which all defendants shall answer or otherwise respond to the amended complaints; 2) an agreed discovery schedule. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.